UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCAS LARA PORTILLO,<br><br>Defendant. | Case No. 1:19-cr-00246-DAD-BAM<br><br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on March 15, 2021 to TIME SERVED.

IT IS HEREBY ORDERED that the defendant shall be released, subject to any detainers or holds, forthwith.  A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated:  __**March 15, 2021**__              _____
                                                                  UNITED STATES DISTRICT JUDGE

1